**I.B. ABEL, INC., and Edwin L. Heim Company, Respondents,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (Richard REEVER), Petitioner.**

Supreme Court of Pennsylvania.

March 7, 1996.

### ORDER

PER CURIAM:

AND NOW, this 7th day of March, 1996, the Petition for Allowance of Appeal is granted and the case is remanded to the Workmen's Compensation Appeal Board for consideration of Petitioner's evidentiary issue regarding the referee's denial of benefits.

NEWMAN, J., did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David J. WILLIAMS, III, Petitioner.**

Supreme Court of Pennsylvania.

March 12, 1996.

### ORDER

PER CURIAM:

AND NOW, this 12th day of March, 1996, the Petition for Allowance of Appeal is granted, limited to the issues of whether evidence in this case was sufficient and whether refus-

al to take a field sobriety test is admissible in a prosecution under 75 Pa.C.S. § 3731(a)(1).